IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Simmons, Henry B | Case Number: 07 B 18483 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 10/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 8, 2009
Confirmed:  November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,010.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 951.44 |
| Trustee Fee: | | 58.56 |
| Other Funds: | | 0.00 |
| Totals: | 1,010.00 | 1,010.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 951.44 |
| 2. | Illinois Dept of Revenue | Priority | 0.00 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 59,582.09 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 406.00 | 0.00 |
| 5. | Chest Medical Consultants | Unsecured | 84.50 | 0.00 |
| 6. | Sprint Nextel | Unsecured | 26.43 | 0.00 |
| 7. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 8. | Calumet City Fire Department | Unsecured | | No Claim Filed |
| 9. | CCSI | Unsecured | | No Claim Filed |
| 10. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 11. | Chicago Tribune | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Allied Interstate | Unsecured | | No Claim Filed |
| 14. | Emergency Room Care Providers | Unsecured | | No Claim Filed |
| 15. | City Of Chicago | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Holly Cross Hospital | Unsecured | | No Claim Filed |
| 18. | Illiana Nephrology Associates | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | Lake Imaging LLC | Unsecured | | No Claim Filed |
| 21. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 22. | LDG Financial Services, LLC | Unsecured | | No Claim Filed |
| 23. | West Asset Management | Unsecured | | No Claim Filed |
| 24. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 25. | Pathology Assoc Of Chicago | Unsecured | | No Claim Filed |
| 26. | Park Dansan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Simmons, Henry B | | Case Number: 07 B 18483 |
| --- | --- | --- | --- |
| | | | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | | Filed: 10/8/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Premier Credit | Unsecured | | No Claim Filed |
| 28. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 29. | St Margaret Mercy Healthcare | Unsecured | | No Claim Filed |
| 30. | Superior Asset Management | Unsecured | | No Claim Filed |
| 31. | Komyattee & Associates | Unsecured | | No Claim Filed |
| 32. | St Margaret Mercy Healthcare | Unsecured | | No Claim Filed |
| 33. | St Margaret Hospital | Unsecured | | No Claim Filed |
| 34. | US Cellular | Unsecured | | No Claim Filed |
| 35. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 36. | Superior Asset Management | Unsecured | | No Claim Filed |
| 37. | John Stroger Hospital | Unsecured | | No Claim Filed |
| | | | $ 63,563.02 | $ 951.44 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 35.10 |
| 6.5% | 20.16 |
| 6.6% | 3.30 |
| | $ 58.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

